Northern District Of Ohio
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**Case No. 11−60449−rk**

**In re:**

| | |
|---|---|
| Scott D. Tucker | Natalie J. Tucker |
| 1241 Zwick Avenue | **Aka** −Natalie J. Stoffer |
| Louisville, OH 44641 | 1241 Zwick Avenue |
| | Louisville, OH 44641 |

**Social Security No.:**
  xxx−xx−2676           xxx−xx−7487

**FINAL DECREE**

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Michael V Demczyk is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** June 17, 2011          /s/ Russ Kendig
Form ohnb136                  United States Bankruptcy Judge